**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :    No. 26 WAL 2024

          Respondent                 :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

          v.                         :

JESSIE J. CRAWLEY,                 :

          Petitioner                  :


## ORDER


**PER CURIAM**

      **AND NOW**, this 1st day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

      Justice McCaffery did not participate in the consideration or decision of this matter.